981 F.2d 1021w
 Claude PITRAT, Trustee; Kendrick M. Mercer, P.C.; and
First Interstate Leasing Service Corporation,
Movants-Appellees,
v.
Ronald S. GARLIKOV and Reda S. Garlikov, Respondents-Appellants.
Stanley W. FOLGER, Trustee; First Interstate Leasing
Service Corp.; and Kendrick M. Mercer, Movants-Appellees,
v.
Richard James FLINDALL, Respondent-Appellant.
 No. 90-15252.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted July 16, 1991.
Opinion Filed Oct. 25, 1991.
Opinion Withdrawn Dec. 21, 1992.
Decided Dec. 21, 1992.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 992 F.2d 224.